**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No. **05-24934-BKC-RBR**
                                                          Chapter **13**

JUAN A. LORENZO

_____Debtor_____/

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a), Bankruptcy Rule 2016(b), and Local Rule 2016-1, I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................. $2500.00
    Prior to the filing of this statement I have received .......................................... $500.00
    Balance Due ................................................................................ $2000.00

2.  The source of the compensation paid to me was:
    **X** Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:
    ☐ Debtor        **X** Other (specify) - Chapter 13 Plan

4.  **X** I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Client(s) understand(s) that the following fees may apply in the Chapter 13 Bankruptcy Case:

1.  Motion for hardship discharge $500
2.  Motion to Reinstate $500.00
3.  Motion to Shorten Prejudice Period/DWOP $500
4.  Motion to Allow Sale/Refinance of Property $500
5.  Motion to Modify Chapter 13 Case $500
6.  Motion to Avoid Lien $500
7.  Post-confirmation M4RAS/M2D $250
8.  Motion to Incur New Debt $250

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceedings. I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and ( am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Deborah Topping Mathews, Esq.
Florida Bar No. 845035
Deborah Topping Mathews, PA
10000 Stirling Road
Suite 1
Cooper City, FL 33024
Tel (954) 438-1000
Fax (954) 438-3000
E-Mail dltmesq@aol.com

---

LF-79 (12/01/02)                    Page 1 of 1